GARY M. RESTAINO
United States Attorney
District of Arizona
MONICA E. RYAN
NATHANIEL J. WALTERS
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Monica.Ryan@usdoj.gov
Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

FILED
2024 FEB 28  PM 4: 52
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-00355-PHX-SPL (ASB) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation: |
| Larry Edward Brown, Jr., | 18 U.S.C. §§ 1112 and 1114(a)(2) (Involuntary Manslaughter of an Officer of the United States) **Count 1** |
| Defendant. | |

SEALED

**THE GRAND JURY CHARGES:**

I.   **Introductory Allegations:**

At all times material to this Indictment:

1.   On August 17, 2023, Special Agents of the Internal Revenue Service Criminal Investigation ("IRS-CI") were using firearm range #3 at the Federal Correctional Institution Phoenix ("FCI Phoenix") for standard pistol qualifications and classroom training. The FCI Phoenix range consists of a total of five firing ranges with lanes for target shooting with live rounds; a small structure located on Range 3 known as the "Tower," where a firearms instructor can observe and command live fire trainings; two classrooms; and small parking area that separates the classroom building and the Tower. On August 17, twelve IRS-CI agents and four IRS-CI Use of Force instructors, a total of

16 Special Agents, participated in the pistol qualification and classroom training exercises. Special Agents with IRS-CI are sworn federal law enforcement officers who investigate federal tax and money laundering crimes, as well as violations of other federal laws.

2. The IRS-CI Use of Force Instructor program is comprised of three areas: Firearms, Defensive Tactics and Team Tactics. All Use of Force Instructors are certified to instruct in all three areas after completing additional training above and beyond the required IRS-CI Criminal Investigator training.

3. Special Agent Patrick Bauer was a 15-year veteran Criminal Investigator for IRS CI, and a trained Use of Force Instructor. Special Agent Bauer was the firearms instructor leading the live-fire pistol qualifications at the range on August 17. Special Agent Bauer was IRS-CI's Regional Use of Force Coordinator, covering Arizona, New Mexico, Colorado, and Utah.

4. Larry Edward Brown, Jr. ("Brown") has been employed as a Special Agent with IRS-CI since August 2011. Brown is a trained Use of Force Instructor for IRS-CI. Brown's role at the FCI Phoenix range on August 17, 2023, was to lead a defensive tactics session held in the classroom in the building adjacent to the range. Brown did not instruct nor participate in any "live fire" exercises on August 17.

5. During the defensive tactics session, the only weapons allowed in the classroom were training guns, also known as "red guns,": fully-functional Glock pistols with firing pins removed, painted bright red to easily distinguish them from other weapons that can fire bullets. No "live fire" weapons were allowed in the classroom, and everyone was patted down before they entered to confirm they were not carrying a live weapon. Standard practice for agents participating in defensive tactics was to secure their service weapon in their car during training and to retrieve their service weapon after returning the red gun used during training. Red guns were carefully counted before and after each defensive tactics session.

6. Before the defensive tactics classroom training and pistol qualifications started that morning, all IRS-CI agents present, including Brown, participated in the

Integrated Use of Force Training Safety Briefing. This standard practice, which was followed on August 17, 2023, is to pass around a written, laminated list of safety protocols, and for each agent present to take turns reading an item off the list out loud to the group. The listed safety protocols include the following:

- Treat all firearms as if they are loaded.
- Keep the muzzle pointed in a safe direction at all times.
- Keep your finger off the trigger until you are ready to shoot – the finger remains off the trigger and outside the trigger guard until the weapon is on target and the decision to use deadly force is made.
- Know the target area and what is beyond it.
- Conduct a proper safety inspection of the weapon before and after a training session.
- Never give a firearm to, or take a firearm from anyone, unless the slide is locked, the rear or the cylinder is open, and the source of ammunition is removed.
- Always follow the range instructor's commands.
- Load and fire only upon command of the firearms instructor.
- Never remove a weapon from a holster unless directed by a firearms instructor.
- Only dry fire when directed by the firearms instructor.
- During firearms training or qualifications, no eating, drinking, or smoking on the firing line.
- Cell phones are not authorized to be used while on the firing line or while participating in use of force training.
- Never leave your firing point unless you are instructed to do so.

7.  Special Agent Bauer ran pistol qualifications from the Tower and commanded the range through a speaker system heard by shooters on Range #3. The Tower is a stand-alone building of slump-block/cement construction. The Tower is a small,

one-room structure, with an interior measuring approximately eight feet by nine feet. A three-step staircase leads to the only door on the structure. The door is in the middle of the south wall of the structure. The structure has large windows located on its west, north and east sides. The windows on the north side of the structure afford a view of Range #3. An in-wall air conditioning unit is located on the south wall of the structure, just west of the door. Training exercises are not conducted inside the Tower.





United Stat
Indictment Page 4 of 6

8.   After all training had concluded for the day, Brown went into the Tower. Another IRS-CI agent subsequently entered the Tower to cool off, noted that Brown and Special Agent Bauer were the only other occupants, and observed Brown using his cell phone, which prompted the other agent to leave the Tower to retrieve his own phone. Seconds after exiting the tower, that same agent saw Brown run out of the tower and heard him yell "I fucked up, I shot Pat!"

9.   Brown and another IRS-CI agent called 9-1-1 while other agents present started rendering medical aid to Special Agent Bauer. Phoenix Fire Department EMTs and Phoenix Police responded, provided treatment, and loaded Special Agent Bauer into an ambulance. The ambulance took Special Agent Bauer, with a police escort, to the closest hospital with a Level 1 trauma center.

10.  Despite lifesaving efforts by the EMTs and hospital staff, Special Agent Bauer died as a result of a single, penetrating gunshot wound to his torso. The Maricopa County Office of the Medical Examiner reported that the manner of Special Agent Bauer's death is homicide.

11.  After the ambulance carrying Special Agent Bauer left the scene, Brown was transported by another IRS-CI agent to a different hospital and treated for shock. While at the hospital, Brown repeatedly stated out loud to himself: "I'm a Use of Force Instructor. I should know better."

## COUNT 1

**Involuntary Manslaughter of an Officer of the United States**
**[18 U.S.C. §§ 1112 and 1114(a)(2)]**

12.  The factual allegations alleged in paragraphs 1-11 above are re-alleged and incorporated below.

13.  On or about August 17, 2023, in the District of Arizona, the defendant, Larry Edward Brown, Jr., unlawfully killed a human being and officer of the United States, IRS-CI Special Agent Patrick Bauer, without malice, while Special Agent Bauer was engaged in the performance of his official duties. The defendant committed a lawful act in an

unlawful manner which might produce death. Such act was committed in a grossly negligent manner, with actual knowledge that his conduct was a threat to lives of others or with actual knowledge that would reasonably enable him to foresee the peril to which his act might subject another, to wit: handling a firearm without due caution and circumspection and with wanton and reckless disregard for human life, that act being the proximate cause of the unlawful killing of Agent Bauer.

All in violation of Title 18, United States Code, Sections 1112, and 1114(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: February 28, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
MONICA E. RYAN
NATHANIEL J. WALTERS
Assistant U.S. Attorneys