**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge: Eileen S. Willett** | **Date: March 1, 2024** |
| **USA v. Larry Edward Brown, Jr.** | **Case No.: CR-24-00355-001-PHX-SPL** |

**Assistant U.S. Attorney**: Brian Kasprzyk on behalf of Monica Ryan and Nathaniel Walters
**Attorney for Defendant**: Jason Lamm and Jeffrey Jacobson (retained)
**Defendant**: Present and in custody
**Interpreter**: N/A
**Date of Arrest**: 3/1/2024 (self-surrender)

Initial Appearance and Arraignment held on this date. On motion of counsel for the Government, **IT IS ORDERED** unsealing the Indictment and this case.

The Court has received the Notice of Appearance submitted by retained attorneys Jason Lamm and Jeffrey Jacobson. Defendant waives a formal reading of the Indictment and enters a plea of NOT guilty to all pending counts. **IT IS ORDERED** setting a deadline of 21 days for all pretrial motions and **FURTHER ORDERED** setting Trial for **April 2, 2024 at 9:00 AM** before Judge Steven P. Logan, Courtroom 501.

The Government is NOT seeking detention. Counsel for the Government avows that Victims' Rights have been complied with in this matter and addresses the Court regarding objections expressed by the victim's next-of-kin to release of the defendant. The Court recognizes the presence of the victim's family members and takes into consideration the wishes of the victim's next-of-kin.

The Court has considered all of the information presented and finds that there are conditions of release that will reasonably ensure the safety of any other person in the community as well as the defendant's appearance at his next scheduled hearing. **IT IS ORDERED** releasing the defendant on his personal recognizance with conditions. Conditions of release reviewed on the record with the defendant. The Court directs the defendant to report to the United States Marshals Service for processing, if necessary, and to report to Pretrial Services prior to departing the courthouse. The Court further advises the defendant of the consequences should he fail to abide by his conditions of release. Defendant acknowledges the Court's advisory.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Recorded by CourtSmart
Deputy Clerk Marion Holmes

**IA: 2 mins.**
**ARR: 2 min.**
**DH: 6 mins.**

**Start: 2:29 PM**
**Stop: 2:39 PM**