AO 442 (Rev. 11/11) Arrest Warrant

| FILED | | LODGED |
|---|---|---|
| X RECEIVED | | COPY |
| MAR 0 1 2024 | | |
| CLERK U S DISTRICT COURT DISTRICT OF ARIZONA | | |
| BY | | DEPUTY |

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| United States of America | ) | |
| v. | ) | |
| Larry Edward Brown, Jr. | ) | Case No.  CR-24-00355-PHX-SPL |
| | ) | |
| | ) | ~~SEALED~~ |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Larry Edward Brown, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:1112 and 1114(a)(2) - Involuntary Manslaughter of an Officer of the United States

*Issuing officer's signature*

M. Pruneau, Deputy Clerk

*Printed name and title*

City and state:    Phoenix, Arizona

ISSUED ON 12:05 pm, Feb 29, 2024

☑ Debra D. Lucas, Clerk

cc: PTS

## Return

This warrant was received on *(date)* 2/29/2024 and the person was arrested on *(date)* 3/1/2024

at *(city and state)* Peoria AZ

Date: 3/1/2024

by: *Arresting officer's signature*

arrested by FBI

*Printed name and title*