# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Larry Edward Brown, Jr.,<br><br>　　　　Defendant. | No. CR-24-00355-001-PHX-SPL<br><br>**ORDER** |

　　　On the Court's own motion,

　　　**IT IS ORDERED** that the Trial currently set to begin on Tuesday, February 4, 2025 will now begin on **Wednesday, February 5, 2025 at 9:00 a.m.**

　　　**IT IS FURTHER ORDERED** that all other dates and deadlines contained in the Court's June 5, 2024 Order (Doc. 35) are **AFFIRMED**.

　　　The Court finds that excludable delay pursuant to 18 U.S.C. 3161 (h)(7)(A) and (B)(iv) shall occur from _____ to _____.

　　　Dated this 2nd day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge