IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　vs.<br>Larry Edward Brown, Jr.,<br>　　　　　Defendant. | 24-CR-355-PHX-SPL<br><br>**VERDICT** |

　　　We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the defendant, Larry Edward Brown, Jr.:

_____ of involuntary manslaughter of an Officer of the United
Not Guilty / Guilty　　　　　　States, as charged in Count 1 of the Indictment


_____　　　　　_____
DATE　　　　　　　　　　　　　　　　　　FOREPERSON NUMBER