**JASON D. LAMM # 018454**
Law Office of Jason Lamm
2501 North Seventh Street
Phoenix, AZ  85006-1047
Telephone: (602) 222-9237
Facsimile: (602) 222-2299
Email:  jlamm@cyberlawaz.com

**JEFFREY H. JACOBSON # 019502**
Jacobson Law Firm
570 N. Columbus Blvd., Ste. B
Tucson, AZ  85711-2972
Telephone: (520) 834-8034
Facsimile: (520) 844-1011
Email:  jeff@jacobsonlawfirm.net
Attorneys for Defendant BROWN

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No.: 2:24:cr-00355-SPL |
| Plaintiff, | **Joint Stipulated Description Of the Case** |
| vs. | |
| **Larry Edward Brown, Jr.**, | |
| Defendant | |

Pursuant to Doc. 35 (at 5:22), the parties submit the following Joint Stipulated Description of the Case to be read to the jury in this matter:

*The Government alleges that on August 17, 2023, in the District of Arizona, the defendant, Larry Edward Brown, Jr., using his firearm in a grossly negligent manner, caused the death of Patrick Bauer, a federal law enforcement officer.  The Defendant denies this allegation and has entered a plea of not guilty.*

1

Respectfully submitted this 12th day of January 2025

/s/ Jason D. Lamm
Jason D. Lamm
Jeffrey H. Jacobson
Attorneys for Defendant

/s/ Monica E. Ryan (with consent)
Monica E. Ryan
Nathaniel J. Walters
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2025, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and notice will be sent to all parties by operation of the Court's electronic filing system.

/s/ Kathryn A. Miller