# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-00355-001-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Larry Edward Brown, Jr., | |
| Defendant. | |

Pending before the Court is Defendant's Joint Motion for Clarification (Doc. 148) wherein the parties seek clarification as to whether trial will end on Friday, February 21, 2025, or if the Court intends to conclude on Tuesday, February 25, 2025.

**IT IS THEREFORE ORDERED** that trial in this matter will conclude no later than 4:30 p.m. on Friday, February 21, 2025, at the end of the eleventh day of trial.

Dated this 23rd day of January, 2025.

Honorable Steven P. Logan
United States District Judge